**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ALBERT LEE JOHNSON,                                                                          PLAINTIFF
ADC #86314

v.                                              5:12-cv-00361-KGB-JJV

UNITED STATES OF AMERICA, *et al*.                                              DEFENDANTS

## ORDER

Plaintiff's Motion to Stay Federal Tort Claim Act Proceedings (Doc. No. 22) is DENIED.

Plaintiff's Motion for Leave to Amend Complaint (Doc. No. 23) is GRANTED.  Plaintiff is

cautioned that an Amended Complaint renders his original Complaint without legal effect.[1]

Defendants shall have sixty days from the date Plaintiff files his Amended Complaint to file

their Answers.

The Court's previous Orders granting Defendants additional time to answer/respond (Docs.

No. 21, 25) are hereby RESCINDED.

IT IS SO ORDERED this 7th day of February, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1]"An amended complaint 'ordinarily supersedes the original and renders it of no legal effect.'" *In Home Health, Inc. v. Prudential Ins. Co. Of America*, 101 F.3d 600, 603 (8th Cir. 1996), quoting *International Controls Corp. v. Vesco*, 556 F.2d 665, 668 (2d Cir. 1994) (other citations omitted).