# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ALBERT LEE JOHNSON, ADC #86314**                                              **PLAINTIFF**

**v.**                    **Case No. 5:12-cv-00361-KGB-JJV**

**UNITED STATES OF AMERICA, et al.**                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that plaintiff Albert Lee Johnson's complaint is dismissed with prejudice.

DATED this 25th day of March, 2014.

_____
Kristine G. Baker
United States District Judge