# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ALBERT LEE JOHNSON, ADC #86314**                                       **PLAINTIFF**

**v.**                      **Case No. 5:12-cv-00361-KGB-JJV**

**UNITED STATES OF AMERICA, et al.**                                  **DEFENDANTS**

## ORDER

The Court's Judgment of March 25, 2014, in this case is hereby vacated. Plaintiff Albert Lee Johnson's claims against the United States of America, Lori Cossey, and John Doe #1 are dismissed with prejudice. Mr. Johnson's claims against all other defendants remain pending.

SO ORDERED this 31st day of March, 2014.

_____
Kristine G. Baker
United States District Judge