IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ALBERT LEE JOHNSON, ADC #86314**                                                    **PLAINTIFF**

v.                              Case No. 5:12-cv-00361-KGB-JJV

**UNITED STATES OF AMERICA, et al.**                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that plaintiff Albert Lee Johnson's complaint against defendants James Banks, Sherry Conrad, Marvin Evans, James Gibson, Regina Goldman, Grant Harris, Ray Hobbs, Larry May, Curtis Meinzer, and Barbara Smallwood is dismissed with prejudice.  Mr. Johnson's complaint against John Doe #2 is dismissed without prejudice.

.        SO ADJUDGED this 25th day of March, 2015.

_____
Kristine G. Baker
United States District Judge

1